| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Buckley III, Raymond,  K** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Buckley, Jennifer,  E** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Jennifer Peterson** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all):  **8591** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more<br>than one, state all):  **5091** |
| Street Address of Debtor (No. & Street, City, and State):<br>**4133 Laramie Lane #11**<br>**Rockford IL**<br>ZIP CODE  **61108** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business:<br>**Winnebago** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 6352**<br>**Rockford IL**<br>ZIP CODE  **61125** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 6352**<br>**Rockford IL**<br>ZIP CODE  **61125** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>                              Main Proceeding<br>☐ Chapter 11<br>                           ☐ Chapter 15 Petition for<br>☐ Chapter 12         Recognition of a Foreign<br>                              Nonmain Proceeding<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."      ☐ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |

Estimated Liabilities

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Raymond K Buckley III, Jennifer E Buckley** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X   **/s/ Laura L McGarragan**      **11/13/2008** |
| | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |
| | Signature of Attorney for Debtor(s)    Date |
| | **Laura L McGarragan**      **6199753** |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐   Yes, and Exhibit C is attached and made a part of this petition. |
| ☑   No |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes.) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |
| (Name of landlord that obtained judgment) |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |
| (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Raymond K Buckley III, Jennifer E Buckley** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Raymond K Buckley III**
Signature of Debtor   **Raymond K Buckley III**

X **/s/ Jennifer E Buckley**
Signature of Joint Debtor   **Jennifer E Buckley**

Telephone Number (If not represented by attorney)
**11/13/2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X Not Applicable
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/ Laura L McGarragan**
Signature of Attorney for Debtor(s)

**Laura L McGarragan   Bar No.  6199753**
Printed Name of Attorney for Debtor(s) / Bar No.

**McGarragan Law Offices**
Firm Name

**1004 N. Main St. Rockford, IL 61103**
Address

**815 961-1111**                    **815-961-9233**
Telephone Number
**11/13/2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:  **Raymond K Buckley III   Jennifer E Buckley**                          Case No.
_____
Debtor(s)                                                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

    ❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

       **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Raymond K Buckley III**

                         **Raymond K Buckley III**

Date:  **11/13/2008**

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:  **Raymond K Buckley III   Jennifer E Buckley**                              Case No.

_____                              _____
Debtor(s)                                                             (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jennifer E Buckley** _____
**Jennifer E Buckley**

Date:   **11/13/2008** _____

**B6A (Official Form 6A) (12/07)**

In re:   **Raymond K Buckley III   Jennifer E Buckley**                          Case No.  _____

                                  **Debtors**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total   ➤   **0.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Raymond K Buckley III   Jennifer E Buckley**                    .          Case No. _____
                              Debtors                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | **5.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Landlord** | J | **500.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | J | **750.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | **900.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K** | H | **4,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Raymond K Buckley III    Jennifer E Buckley**_____,    Case No. _____
                                         **Debtors**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Pontiac Sunfire** | H | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | **Computer** | J | **500.00** |

_____1_____    continuation sheets attached           Total ˃ | **$  8,655.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

In re    **Raymond K Buckley III    Jennifer E Buckley** _____,    Case No. _____
                                    Debtors                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2000 Pontiac Sunfire** | **735 ILCS 5/12-1001(c)** | **2,000.00** | **2,000.00** |
| **401K** | **735 ILCS 5/12-1006** | **4,000.00** | **4,000.00** |
| **Cash** | **735 ILCS 5/12-1001(b)** | **5.00** | **5.00** |
| **Clothing** | **735 ILCS 5/12-1001(a),(e)** | **900.00** | **900.00** |
| **Computer** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Furniture** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Landlord** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |

**B6D (Official Form 6D) (12/07)**

In re  **Raymond K Buckley III    Jennifer E Buckley**                    .        Case No. _____

_____
Debtors                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| | | | **VALUE** _____ | | | | | |

<u>0</u>   continuation sheets
attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $          0.00 | $          0.00 |
| $          0.00 | $          0.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Raymond K Buckley III    Jennifer E Buckley**                                         Case No. _____
                                          Debtors                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    <u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **Raymond K Buckley III    Jennifer E Buckley**    _____,    Case No. _____

_____
Debtors    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no.  1  of  1  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)    $ **0.00**    $ **0.00**    $ **0.00**

Total  ►    $ **0.00**
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total  ►    $ **0.00**    $ **0.00**
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )

B6F (Official Form 6F) (12/07)

In re  **Raymond K Buckley III    Jennifer E Buckley**                      Case No. _____
                                    Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   227458.....<br><br>**ACS/ Nellie Mae**<br>**501 Bleeker St.**<br>**Utica NY  13501** | | H | Education loan | | | | 16,177.00 |
| ACCOUNT NO.   3261196<br><br>**Advance America**<br>**3244 Cleveland Ave.**<br>**Ft Meyers FL  33901**<br><br>**FBCS**<br>**841 E Hunting Park Ave.**<br>**Philadelphia PA  19124-4824**<br><br>**Paragon Way Inc.**<br>**2101 W Ben White Blvd.  #103**<br>**Austin TX  78704** | | H | Cash advance | | | | 585.00 |
| ACCOUNT NO.<br><br>**AFNI**<br>**PO Box 3427**<br>**Bloomington IL  61702** | | H | Collection | | | | 100.00 |
| ACCOUNT NO.   967425<br><br>**Allied Business Accounts**<br>**PO Box 1600**<br>**Clinton IA  52733** | | W | Collection for Harvard Memorial Hospital | | | | 315.00 |

_17_   Continuation sheets attached

                                                                    Subtotal  ➤  $        **17,177.00**

                                                                    Total  ➤  $

                                            **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                            **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond K Buckley III   Jennifer E Buckley**                    Case No. _____
_____
Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **744894001** | | W | | | | | 82.00 |
| **Allied Interstate**<br>**PO Box 5023**<br>**New York NY  10163**<br><br>**Crossings**<br>**PO Box 916536**<br>**Indianapolis IN  46291** | | | Collection for Crossings | | | | |
| ACCOUNT NO.   **A30955315/P26638294** | | H | | | | | 1,072.00 |
| **Allied Interstate**<br>**3000 Corporate Exchange Dr.  5th FL**<br>**Columbus OH  43231**<br><br>**Midland Credit Management**<br>**8875 Aero Dr.**<br>**San Diego CA  92123** | | | Collection for First North American National | | | | |
| ACCOUNT NO.   **9801901773** | | J | | | | | 527.00 |
| **Amcore Bank**<br>**PO Box 1537**<br>**Rockford IL  61110-0037** | | | Overdraft | | | | |
| ACCOUNT NO.   **791167001437** | | J | | | | | 127.70 |
| **ARC**<br>**PO Box 212489**<br>**Augusta GA  30917-4747** | | | Collection for Berkeley Co. Water & Sanitation:26219 | | | | |

Sheet no.  1  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  **1,808.70**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raymond K Buckley III   Jennifer E Buckley** _____     Case No. _____

                              Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4019876-060302** | | **W** | | | | | **440.00** |
| **Asset Care Inc.** PO Box 15379 Wilmington DE  19850  **MedClear** PO Box 41448 Philadelphia PA  19101 | | | **Collection for Infinity Health Creditor MedClr** | | | | |
| ACCOUNT NO.  **6879450129023296935** | | **H** | | | | | **1,700.00** |
| **Associated Recovery Systems** PO Box 469046 Escondido CA  92046-9046  **Dell Financial Services** c/o Customer Service PO Box 81577 Austin TX  78708-1577  **Dominion Law Associates** PO Box 62719 Virginia Beach VA  23462  **Midland Credit Management** 8875 Aero Dr.  STE 2 San Diego CA  92123 | | | **Collection for Dell Financial Services ARS# 11743200 Midland Credit Mgt # 852524....** | | | | |
| ACCOUNT NO.  **81539904345003 6** | | **H** | | | | | **46.00** |
| **AT&T** PO Box 8100 Aurora IL  60507-8100  **West Asset Management** 2703 N Highway 75 Sherman TX  75092 | | | **Utility In collection with Omnium Worldwide & Allied Interstate** | | | | |

Sheet no. _2_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              **2,186.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond K Buckley III   Jennifer E Buckley**_____     Case No. _____
_____Debtors_____                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2882413828628566575**<br><br>**Audit Systems Inc.**<br>**3696 Ulmerton Rd.  Suite 200**<br>**Clearwater FL  33762** | | | **Collection for Sprint Telephone** | | | | 132.52 |
| ACCOUNT NO.   **474644000269....**<br><br>**Bank of America**<br>**PO Box 84006**<br>**Columbus GA  31808** | | H | **Closed account** | | | | 880.00 |
| ACCOUNT NO.   **812543301**<br><br>**Berkeley Electric Cooperative**<br>**PO Box 530812**<br>**Atlanta GA  30353-0812**<br><br>**CAB Collection Agency**<br>**2230 Technical Pkwy.**<br>**North Charleston SC  29406** | | H | **Utility**<br>**CAB # 9130560001856633** | | | | 32.85 |
| ACCOUNT NO.   **18945**<br><br>**Carlson Orthopedic Clinic**<br>**1848 Daimler Road**<br>**Rockford IL  61112-1019** | | H | **Medical** | | | | 71.00 |

Sheet no.  _3_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                1,116.37

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond K Buckley III   Jennifer E Buckley**                          Case No. _____
                                                                                                                              (If known)

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **272913-10510949** <br><br> **CB Accounts** <br> **1101 Main St.** <br> **Peoria IL  61606** | | W | **Collection for CBO/OSFMG-Manchester** | | | | 180.00 |
| ACCOUNT NO.   **AO824200307** <br><br> **Centegra Memorial Medical Center** <br> **PO Box 1990** <br> **Woodstock IL  60098-1990** | | J | **Medical** | | | | 1,111.16 |
| ACCOUNT NO.   **2741295010** <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL  60688** <br><br><br> **Merchants Credit Guide Co.** <br> **223 West Jackson Blvd.** <br> **Chicago IL  60606** | | J | **Utility Collection  purchased by Inovision, A Marlin Co. 008990717 Merchants Credit # 15-063127265** | | | | 187.38 |
| ACCOUNT NO.   **4146820003107065** <br><br> **Compucredit/Emerge/FNBO** <br> **PO Box 105374** <br> **Atlanta GA  30348** | | H | **Credit card** | | | | 1,972.00 |

Sheet no.  4_ of 17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    3,450.54

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raymond K Buckley III   Jennifer E Buckley**                              Case No. _____
                                    Debtors                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2025040** |  | H |  |  |  |  | **109.00** |
| **Credit Collection Service**<br>**PO Box 773**<br>**Needham MA 02494-0007** |  |  | **Collection for Columbia House** |  |  |  |  |
| ACCOUNT NO.   **01-011062-8227500030382001** |  | H |  |  |  |  | **21.19** |
| **Credit Protection Association**<br>**13355 Noel Rd.**<br>**Dallas TX 75240**<br><br>**Time Warner Cable**<br>**PO Box 2080**<br>**Summerville SC 29484-2080** |  |  | **Collection for Time Warner Cable** |  |  |  |  |
| ACCOUNT NO.   **225200** |  | W |  |  |  |  | **18.00** |
| **Crusader Clinic**<br>**PO Box 5311**<br>**Rockford IL 61125-0311** |  |  | **Medical** |  |  |  |  |
| ACCOUNT NO. |  | W |  |  |  |  | **80.00** |
| **Doctors Business Bureau**<br>**202 N Federal Highway**<br>**Lake Worth FL 33460-3438** |  |  | **Collection for Lee Physicians Services** |  |  |  |  |

Sheet no. _5_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $           **228.19**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raymond K Buckley III   Jennifer E Buckley**                         Case No. _____
_____
Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **15590** <br><br>**Dr. Robert J Powers**<br>**101 Harth Place**<br>**Summerville SC  29485** | | J | **Dental** | | | | 150.00 |
| ACCOUNT NO.  **5458004088125388** <br><br>**Encore Receivable Management Inc.**<br>**PO Box 3330**<br>**Olathe KS  66063-3330** | | H | **Collection for Dell , Direct Merchants Credit card, Worldwide Asset Purchasing** | | | | 3,746.31 |
| ACCOUNT NO.  **4911924** <br><br>**Enhanced Recovery Corporation**<br>**8014 Bayberry Rd.**<br>**Jacksonville FL  32256** | | H | **Collection for EMBARQ** | | | | 133.00 |
| ACCOUNT NO.  **B-14891132** <br><br>**ER Solutions Inc.**<br>**PO Box 9004**<br>**Renton WA** | | H | **Collection for Dell  ERS # T-34863658 & US Cellular Corp Madison** | | | | 443.00 |

Sheet no.  6 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **4,472.31**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Raymond K Buckley III Jennifer E Buckley**      Case No. _____

                             Debtors                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**FMS**<br>**4915 South Union Ave.**<br>**Tulsa OK 74107**<br><br><br>**Certegy**<br>**601 Riverside Ave.**<br>**Jacksonville FL 32204** | | W | Collection for Certegy | | | | 118.00 |
| ACCOUNT NO. **843-695-1488 614** <br><br>**Franklin Collection Service**<br>**PO Box 3910**<br>**Tupelo MS 38803-3910**<br><br><br>**Omnium Worldwide Inc.**<br>**7171 Mercy Rd.**<br>**Omaha NE 68106** | | H | Collection for Bellsouth-So Carolina | | | | 230.00 |
| ACCOUNT NO. **10140360000246092** <br><br>**Fredericksburg CR Bureau**<br>**10506 Wakeman Dr.**<br>**Fredericksburg VA 22407** | | J | Collection for Commonwealth Emergency Physicians | | | | 164.00 |

Sheet no. _7_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                   Subtotal ➤ $            **512.00**

                                                   Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond K Buckley III   Jennifer E Buckley** _____     Case No. _____
_____
Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **BUCJE000** <br><br> **Fredrickson Counseling PC** <br> **5702 Elaine Dr.** <br> **Rockford IL  61108** <br><br><br> **Terry Hoss** <br> **PO Box 449** <br> **Cherry Valley IL  61016** <br><br> **Associated Business Serv** <br> **1916 Raincloud Dr.** <br> **Rockford IL  61108** | | W | **Medical** <br> **Hoss #65050** | | | | 270.00 |
| ACCOUNT NO. <br><br> **Friel-Erickson Chiropractic Clinic** <br> **2606 Broadway  Suite 1A** <br> **Rockford IL  61108-5797** | | H | **Medical** <br> **Collection by Rockford Mercantile** | | | | 268.00 |
| ACCOUNT NO.   **20278949** <br><br> **Glasser & Glasser, P.L.C.** <br> **Crown Center Suite 600** <br> **580 East Main St.** <br> **Norfolk VA  23510** <br><br> **Direct Merchants Bank** <br> **PO Box 22128** <br> **Tulsa OK  74121-2128** <br><br> **Kevin M Kelly P.C.** <br> **10 E 22nd  St.  Suite 216** <br> **Lombard IL  60148** <br><br> **Worldwide Asset Purchasing** <br> **2 Ravine Dr.  #1750** <br> **Atlanta GA  30308** | | H | **Collection for Worldwide Asset Purchasing, Assignee of Direct Merchants Bank #5458004088125388 Kelly file #10553.001** | | | | 5,177.07 |

Sheet no. _8_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ⟩ $ | 5,715.07

Total ⟩ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond K Buckley III   Jennifer E Buckley**                          Case No. _____
_____
                    **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **02014352** <br><br>**GMAC** <br>**PO Box 2150** <br>**Greeley CO  80632** | | H | **Charged off account** | | | | **324.00** |
| ACCOUNT NO.   **36157** <br><br>**Hillcrest Animal Hospital** <br>**227 N Alpine Rd.** <br>**Rockford IL  61107** <br><br><br>**Federal Collections Inc.** <br>**PO Box 7637** <br>**Rockford IL  61126-7637** | | J | **Veterinarian** | | | | **73.20** |
| ACCOUNT NO.   **545800408812....** <br><br>**HSBC NV** <br>**PO Box 19360** <br>**Portland OR  97280** | | H | **Revolving acct** | | | | **3,674.00** |
| ACCOUNT NO.   **4231061677** <br><br>**I C System Inc.** <br>**PO Box 64378** <br>**St. Paul MN  55164** | | W | **Collection for Gear Yavorsky DDS** | | | | **476.00** |

Sheet no. <u>9</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                **4,547.20**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond K Buckley III   Jennifer E Buckley**                        Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**In Style**<br>**PO Box 6352**<br>**Rockford IL** | | | **Subscription** | | | | **29.77** |
| ACCOUNT NO.<br><br>**Joyce Allen's Midtown Moto**<br>**200 Plaza Dr.**<br>**Lehigh Acres FL  33936-6081** | | W | **Repossessed vehicle** | | | | **1,639.00** |
| ACCOUNT NO.   **1819,1857**<br><br>**KP Counseling Inc.**<br>**461 N Mulford Rd.**<br>**Rockford IL  61107** | | | **Medical**<br>**Multiple accounts** | | | | **920.00** |
| ACCOUNT NO.   **404-1-0001692308**<br><br>**Lake Henry Pathology Associates**<br>**520 E 22nd St.**<br>**Lombard IL  60148** | | J | **Medical** | | | | **22.80** |

Sheet no. <u>10</u> of <u>17</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **2,611.57**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Raymond K Buckley III   Jennifer E Buckley**                               Case No. _____
                     Debtors                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Law Offices of Bennett & DeLoney** <br> **PO Box 190** <br> **Midvale UT 84047-0190** <br><br><br> **Cybrcollect** <br> **PO Box 1145** <br> **La Crosse WI 54602-1145** | | H | **Collection for Woodman's** | | | | 124.68 |
| ACCOUNT NO. **108413-QMRIG** <br><br> **McHenry Radiologists Imaging Associates** <br> **PO Box 220** <br> **McHenry IL 60051-0220** | | J | **Medical** | | | | 142.03 |
| ACCOUNT NO. <br><br> **Midland Funding LLC** <br> **PO Box 939019** <br> **San Diego CA 92193-9019** <br><br><br> **J Zecca, Esq./Dominium Law Associates** <br> **222 Central Park Ave.** <br> **Virginia Beach, VA 23462** | | H | **Collection** <br> **Dominium # 10-53825-0** | | | | 2,698.00 |
| ACCOUNT NO. **MNI908242003071** <br><br> **Moraine ER Physicians** <br> **PO Box 8759** <br> **Philadelphia PA 19101-8759** | | J | **Medical** | | | | 75.40 |

Sheet no. _11_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                3,040.11

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raymond K Buckley III   Jennifer E Buckley** _____     Case No. _____
                                    Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2717** <br><br> **MTL Media Inc.** <br>**415 Second St.** <br>**Indian Rocks Beach FL  33785** | | W | **Subscription to MTL Magazine** | | | | 9.99 |
| ACCOUNT NO. <br><br> **Mutual Management Services** <br>**PO Box 4777** <br>**Rockford IL  61110** <br><br><br><br> **Rockford Eye & Laser** <br>**4777 East State St.** <br>**Rockford IL  61108** <br><br> **Radiology Consult of Rockford** <br>**PO Box 4542** <br>**Rockford IL  61110** | | J | **Collection for Northern Illinois** <br>**Scanning #329705** <br>**Radiology Consult of Rkfd  #162625** <br>**Rockford Eye & Laser CE #BUCJE000** | | | | 2,646.25 |
| ACCOUNT NO.  **589116661** <br><br> **NCO Fin/99** <br>**PO Box 41466** <br>**Philadelphia PA  19101** | | J | **Collection for Skyline Emergency** <br>**Physicians & Progressive insurance** | | | | 252.00 |
| ACCOUNT NO.  **6794806** <br><br> **NCO Financial** <br>**PO Box 7216** <br>**Philadelphia PA  19101** | | W | **Collection for Bank of America** | | | | 191.00 |

Sheet no. _12_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **3,099.24**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raymond K Buckley III   Jennifer E Buckley**                    Case No. _____
                          Debtors                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **42481781** | | **J** | | | | | **548.30** |
| **NCO Financial Systems Inc.** **507 Prudential Rd.** **Horsham PA  19044** **Swedish American ER Physicaians** **1401 East State St.** **Rockford IL  61104** **Omni Credit Services** **333 Bishops Way  Suite 100** **Brookfield WI  53005-6209** | | | **Collection for Swedish American ER Physicians** **#4019876-060302** **MedClr Inc. 78438Q** **Progressive Insurance #27691509-0** **Omni # 2035166** | | | | |
| ACCOUNT NO.   **272913 3** | | **W** | | | | | **180.00** |
| **OSF Medical Group** **PO Box 1806** **Peoria IL  61656-1806** | | | **Medical** | | | | |
| ACCOUNT NO. | | **J** | | | | | **1,550.00** |
| **OSF St. Anthony Medical Center** **5666 East State St.** **Rockford IL  61108-2472** **Rockford Mercantile Agency** **2502 S Alpine Rd.** **Rockford IL  61108** | | | **Multiple accts:** **4329596  4337449  2267991** **3619678  3489748 5923757 & others** | | | | |
| ACCOUNT NO.   **3261196** | | **H** | | | | | **585.00** |
| **Paragon Way Inc.** **2101 West Ben White Blvd.  Suite 103** **Austin TX  78704** | | | **Collection for Advance America, Cash Advance Centers of Florida** **Current creditor: Collins Financial Services** | | | | |

Sheet no.  13  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **2,863.30**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raymond K Buckley III    Jennifer E Buckley**                    Case No. _____
_____
Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1033 2226 2187**  <br><br>**Publishers Clearing House**<br>**720 Winners Circle**<br>**St. Cloud MN  56399** | | W | Merchandise | | | | 26.95 |
| ACCOUNT NO.  <br><br>**Regional Dental Centers**<br>**PO Box 51120**<br>**Summerville SC  29485-1120**<br><br><br>**Trojan Professional Services**<br>**PO Box 1270**<br>**Los Alamitos CA  90720-1270** | | H | Dental | | | | 175.00 |
| ACCOUNT NO.  **50422530100**  <br><br>**Retrieval Masters Creditors Bureau**<br>**2269 S Saw Mill River Rd.  Bldg 3**<br>**Elmsford NY  10523** | | H | Collection for BMG Columbia House | | | | 109.70 |
| ACCOUNT NO.  **263730**  <br><br>**Rockford Cardiology Associates**<br>**PO Box 8410**<br>**Rockford IL  61126-8410** | | J | Medical | | | | 29.00 |

Sheet no.  14 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                340.65

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond K Buckley III   Jennifer E Buckley** _____   Case No. _____
                              Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **00515785** <br><br> **SRA Associates** <br> **Hi Nella NJ  08083** | | W | **Collection for Bank of America FL** <br> Acct# 003764541381 | | | | 147.85 |
| ACCOUNT NO.   **3186025** <br><br> **State Collection Service** <br> **2509 S Stoughton Rd.** <br> **Madison WI** | | W | **Collection for MHS-Physicians Services** | | | | 143.00 |
| ACCOUNT NO.   **LO41142126** <br><br> **Swedish American Hospital** <br> **PO Box 4448** <br> **Rockford IL  61110-0948** <br><br> **Dennis A Brebner & Associates** <br> **860 Northpoint Blvd.** <br> **Waukegan IL  60085-8211** <br><br> **R&B Receivables Mgt.** <br> **860 S Northpoint Blvd.** <br> **Waukegan IL  60085** | | J | **Medical-various accounts** <br> LO43794346  LO47698931 <br> LO46564746 <br> R&B #: 1061560875 <br> 1070650342 | | | | 11,112.00 |
| ACCOUNT NO.   **W8275277** <br><br> **Thomas E Jolas P.C.** <br> **PO Box 4000** <br> **Mason City IA  50401** | | W | **Collection for SAFECO of America** | | | | 295.49 |

Sheet no.  15  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $            11,698.34

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond K Buckley III   Jennifer E Buckley**                                    Case No. _____
_____
                                    Debtors                                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5913326** | | **H** | **Formerly Voicestream** **Client ref # 379289724 (First Rev.)** | | | | **880.00** |
| **T-Mobile** **PO Box 742596** **Cincinnati, OH  45274-2596** **First Revenue Assurance** **PO Box 5818** **Denver CO  80217** **Law Offices of Mitchell N. Kay** **PO Box 2374** **Chicago IL  60690-2374** | | | | | | | |
| ACCOUNT NO.   **40808** | | **W** | **Credit card** | | | | **304.00** |
| **TNB Target** **PO Box 673** **Minneapolis MN  55440** | | | | | | | |
| ACCOUNT NO.   **10088624** | | **H** | **Collection for The Mobile Solution** | | | | **500.00** |
| **United Financial Service** **333 Washington Blvd.** **PMB 153** **Marina Del Rey CA  90292-5136** | | | | | | | |
| ACCOUNT NO.   **208041292** | | **W** | **Telephone** | | | | **354.38** |
| **US Cellular** **PO Box 0203** **Palatine IL  60055-0203** **ER Solutions** **PO Box 9004** **Renton WA  98057** | | | | | | | |

Sheet no.  16  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >    $                **2,038.38**

Total    >    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond K Buckley III   Jennifer E Buckley** _____   Case No. _____
                                                    Debtors                                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3487850911**<br><br>**US Dept of Education**<br>**501 Bleeker St.**<br>**Utica NY  13501**<br><br><br>**Direct Loan Service System**<br>**PO Box 5609**<br>**Greenville TX  75403-5609**<br><br>**Direct Loans**<br>**PO Box 7202**<br>**Utica NY  13504-7202** | | W | **Student loan**<br>**Collection account** | | | | 3,621.00 |
| ACCOUNT NO.   **32007050101627010**<br><br>**US Dept. of ED/FISL/CHI**<br>**PO Box 8422**<br>**Chicago IL  60605** | | W | **Student loan**<br>**Collection acct** | | | | 1,316.00 |
| ACCOUNT NO.   **BUCJE000**<br><br>**W Steve Yoon M.D.**<br>**4777 East State St..**<br>**Rockford IL  61108** | | W | **Medical** | | | | 18.42 |
| ACCOUNT NO.   **BUCRAY**<br><br>**William B. Erickson, D.C.**<br>**2606 Broadway**<br>**Rockford IL  61108** | | H | **Medical** | | | | 263.00 |

Sheet no. __17_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $     **5,218.42**

Total  ➤  $     **72,123.39**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Laura L McGarragan   6199753
**McGarragan Law Offices**
**1004 N. Main St.**
**Rockford, IL 61103**

**815 961-1111**
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In Re:
Debtor:  **Raymond K Buckley III**                    Case No:
Social Security Number:  **8591**
Chapter  **7**

Joint Debtor:  **Jennifer E Buckley**
Social Security Number:  **5091**                    Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **ACS/ Nellie Mae**<br>**501 Bleeker St.**<br>**Utica NY  13501** | **Unsecured Claims** | **$ 16,177.00** |
| 2. **Advance America**<br>**3244 Cleveland Ave.**<br>**Ft Meyers FL  33901** | **Unsecured Claims** | **$  585.00** |
| 3. **AFNI**<br>**PO Box 3427**<br>**Bloomington IL  61702** | **Unsecured Claims** | **$  100.00** |
| 4. **Allied Business Accounts**<br>**PO Box 1600**<br>**Clinton IA  52733** | **Unsecured Claims** | **$  315.00** |
| 5. **Allied Interstate**<br>**PO Box 5023**<br>**New York NY  10163** | **Unsecured Claims** | **$  82.00** |

In re:   **Raymond K Buckley III**
         **Jennifer E Buckley**

Case No. _____

| 6 . | **Allied Interstate**<br>**3000 Corporate Exchange Dr.  5th FL**<br>**Columbus OH  43231** | **Unsecured Claims** | **$  1,072.00** |
| 7 . | **Amcore Bank**<br>**PO Box 1537**<br>**Rockford IL  61110-0037** | **Unsecured Claims** | **$  527.00** |
| 8 . | **ARC**<br>**PO Box 212489**<br>**Augusta GA  30917-4747** | **Unsecured Claims** | **$  127.70** |
| 9 . | **Asset Care Inc.**<br>**PO Box 15379**<br>**Wilmington DE  19850** | **Unsecured Claims** | **$  440.00** |
| 10 . | **Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido CA  92046-9046** | **Unsecured Claims** | **$  1,700.00** |
| 11 . | **AT&T**<br>**PO Box 8100**<br>**Aurora IL  60507-8100** | **Unsecured Claims** | **$  46.00** |
| 12 . | **Audit Systems Inc.**<br>**3696 Ulmerton Rd.  Suite 200**<br>**Clearwater FL  33762** | **Unsecured Claims** | **$  132.52** |
| 13 . | **Bank of America**<br>**PO Box 84006**<br>**Columbus GA  31808** | **Unsecured Claims** | **$  880.00** |
| 14 . | **Berkeley Electric Cooperative**<br>**PO Box 530812**<br>**Atlanta GA  30353-0812** | **Unsecured Claims** | **$  32.85** |

In re:    **Raymond K Buckley III**
          **Jennifer E Buckley**

Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Carlson Orthopedic Clinic**<br>**1848 Daimler Road**<br>**Rockford IL  61112-1019** | **Unsecured Claims** | **$    71.00** |
| 16. | **CB Accounts**<br>**1101 Main St.**<br>**Peoria IL  61606** | **Unsecured Claims** | **$   180.00** |
| 17. | **Centegra Memorial Medical Center**<br>**PO Box 1990**<br>**Woodstock IL  60098-1990** | **Unsecured Claims** | **$  1,111.16** |
| 18. | **Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL  60688** | **Unsecured Claims** | **$   187.38** |
| 19. | **Compucredit/Emerge/FNBO**<br>**PO Box 105374**<br>**Atlanta GA  30348** | **Unsecured Claims** | **$  1,972.00** |
| 20. | **Credit Collection Service**<br>**PO Box 773**<br>**Needham MA 02494-0007** | **Unsecured Claims** | **$   109.00** |
| 21. | **Credit Protection Association**<br>**13355 Noel Rd.**<br>**Dallas TX  75240** | **Unsecured Claims** | **$    21.19** |
| 22. | **Crusader Clinic**<br>**PO Box 5311**<br>**Rockford IL  61125-0311** | **Unsecured Claims** | **$    18.00** |
| 23. | **Doctors Business Bureau**<br>**202 N Federal Highway**<br>**Lake Worth FL  33460-3438** | **Unsecured Claims** | **$    80.00** |

In re:  **Raymond K Buckley III**
**Jennifer E Buckley**

Case No. _____

| 24. | **Dr. Robert J Powers**<br>**101 Harth Place**<br>**Summerville SC  29485** | **Unsecured Claims** | **$   150.00** |
|---|---|---|---|
| 25. | **Encore Receivable Management Inc.**<br>**PO Box 3330**<br>**Olathe KS  66063-3330** | **Unsecured Claims** | **$  3,746.31** |
| 26. | **Enhanced Recovery Corporation**<br>**8014 Bayberry Rd.**<br>**Jacksonville FL  32256** | **Unsecured Claims** | **$   133.00** |
| 27. | **ER Solutions Inc.**<br>**PO Box 9004**<br>**Renton WA** | **Unsecured Claims** | **$   443.00** |
| 28. | **FMS**<br>**4915 South Union Ave.**<br>**Tulsa OK  74107** | **Unsecured Claims** | **$   118.00** |
| 29. | **Franklin Collection Service**<br>**PO Box 3910**<br>**Tupelo MS  38803-3910** | **Unsecured Claims** | **$   230.00** |
| 30. | **Fredericksburg CR Bureau**<br>**10506 Wakeman Dr.**<br>**Fredericksburg VA  22407** | **Unsecured Claims** | **$   164.00** |
| 31. | **Fredrickson Counseling PC**<br>**5702 Elaine Dr.**<br>**Rockford IL  61108** | **Unsecured Claims** | **$   270.00** |
| 32. | **Friel-Erickson Chiropractic Clinic**<br>**2606 Broadway  Suite 1A**<br>**Rockford IL  61108-5797** | **Unsecured Claims** | **$   268.00** |

In re:    **Raymond K Buckley III**
**Jennifer E Buckley**

Case No. _____

| | | |
|---|---|---|
| 33 . | **Glasser & Glasser, P.L.C.**<br>**Crown Center Suite 600**<br>**580 East Main St.**<br>**Norfolk VA  23510** | **Unsecured Claims** | **$  5,177.07** |
| 34 . | **GMAC**<br>**PO Box 2150**<br>**Greeley CO  80632** | **Unsecured Claims** | **$    324.00** |
| 35 . | **Hillcrest Animal Hospital**<br>**227 N Alpine Rd.**<br>**Rockford IL  61107** | **Unsecured Claims** | **$     73.20** |
| 36 . | **HSBC NV**<br>**PO Box 19360**<br>**Portland OR  97280** | **Unsecured Claims** | **$  3,674.00** |
| 37 . | **I C System Inc.**<br>**PO Box 64378**<br>**St. Paul MN  55164** | **Unsecured Claims** | **$    476.00** |
| 38 . | **In Style**<br>**PO Box 6352**<br>**Rockford IL** | **Unsecured Claims** | **$     29.77** |
| 39 . | **Joyce Allen's Midtown Moto**<br>**200 Plaza Dr.**<br>**Lehigh Acres FL  33936-6081** | **Unsecured Claims** | **$  1,639.00** |
| 40 . | **KP Counseling Inc.**<br>**461 N Mulford Rd.**<br>**Rockford IL  61107** | **Unsecured Claims** | **$    920.00** |
| 41 . | **Lake Henry Pathology Associates**<br>**520 E 22nd St.**<br>**Lombard IL  60148** | **Unsecured Claims** | **$     22.80** |

In re:   **Raymond K Buckley III**
**Jennifer E Buckley**

Case No. _____

| | | | |
|---|---|---|---|
| 42 . | **Law Offices of Bennett & DeLoney**<br>**PO Box 190**<br>**Midvale UT  84047-0190** | **Unsecured Claims** | **$    124.68** |
| 43 . | **McHenry Radiologists Imaging Associates**<br>**PO Box 220**<br>**McHenry IL  60051-0220** | **Unsecured Claims** | **$    142.03** |
| 44 . | **Midland Funding LLC**<br>**PO Box 939019**<br>**San Diego CA  92193-9019** | **Unsecured Claims** | **$  2,698.00** |
| 45 . | **Moraine ER Physicians**<br>**PO Box 8759**<br>**Philadelphia PA  19101-8759** | **Unsecured Claims** | **$     75.40** |
| 46 . | **MTL Media Inc.**<br>**415 Second St.**<br>**Indian Rocks Beach FL  33785** | **Unsecured Claims** | **$      9.99** |
| 47 . | **Mutual Management Services**<br>**PO Box 4777**<br>**Rockford IL  61110** | **Unsecured Claims** | **$  2,646.25** |
| 48 . | **NCO Fin/99**<br>**PO Box 41466**<br>**Philadelphia PA  19101** | **Unsecured Claims** | **$    252.00** |
| 49 . | **NCO Financial**<br>**PO Box 7216**<br>**Philadelphia PA  19101** | **Unsecured Claims** | **$    191.00** |
| 50 . | **NCO Financial Systems Inc.**<br>**507 Prudential Rd.**<br>**Horsham PA  19044** | **Unsecured Claims** | **$    548.30** |

In re:   **Raymond K Buckley III**
**Jennifer E Buckley**

Case No. _____

| | | | |
|---|---|---|---|
| 51. | **OSF Medical Group**<br>**PO Box 1806**<br>**Peoria IL  61656-1806** | **Unsecured Claims** | **$    180.00** |
| 52. | **OSF St. Anthony Medical Center**<br>**5666 East State St.**<br>**Rockford IL  61108-2472** | **Unsecured Claims** | **$  1,550.00** |
| 53. | **Paragon Way Inc.**<br>**2101 West Ben White Blvd.  Suite 103**<br>**Austin TX  78704** | **Unsecured Claims** | **$    585.00** |
| 54. | **Publishers Clearing House**<br>**720 Winners Circle**<br>**St. Cloud MN  56399** | **Unsecured Claims** | **$     26.95** |
| 55. | **Regional Dental Centers**<br>**PO Box 51120**<br>**Summerville SC  29485-1120** | **Unsecured Claims** | **$    175.00** |
| 56. | **Retrieval Masters Creditors Bureau**<br>**2269 S Saw Mill River Rd.  Bldg 3**<br>**Elmsford NY  10523** | **Unsecured Claims** | **$    109.70** |
| 57. | **Rockford Cardiology Associates**<br>**PO Box 8410**<br>**Rockford IL  61126-8410** | **Unsecured Claims** | **$     29.00** |
| 58. | **SRA Associates**<br>**Hi Nella NJ  08083** | **Unsecured Claims** | **$    147.85** |
| 59. | **State Collection Service**<br>**2509 S Stoughton Rd.**<br>**Madison WI** | **Unsecured Claims** | **$    143.00** |

In re:  **Raymond K Buckley III**
**Jennifer E Buckley**

Case No. _____

| | | | |
|---|---|---|---|
| 60. | **Swedish American Hospital**<br>**PO Box 4448**<br>**Rockford IL  61110-0948** | **Unsecured Claims** | **$ 11,112.00** |
| 61. | **Thomas E Jolas P.C.**<br>**PO Box 4000**<br>**Mason City IA  50401** | **Unsecured Claims** | **$   295.49** |
| 62. | **T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH  45274-2596** | **Unsecured Claims** | **$   880.00** |
| 63. | **TNB Target**<br>**PO Box 673**<br>**Minneapolis MN  55440** | **Unsecured Claims** | **$   304.00** |
| 64. | **United Financial Service**<br>**333 Washington Blvd.**<br>**PMB 153**<br>**Marina Del Rey CA  90292-5136** | **Unsecured Claims** | **$   500.00** |
| 65. | **US Cellular**<br>**PO Box 0203**<br>**Palatine IL  60055-0203** | **Unsecured Claims** | **$   354.38** |
| 66. | **US Dept of Education**<br>**501 Bleeker St.**<br>**Utica NY  13501** | **Unsecured Claims** | **$ 3,621.00** |
| 67. | **US Dept. of ED/FISL/CHI**<br>**PO Box 8422**<br>**Chicago IL  60605** | **Unsecured Claims** | **$ 1,316.00** |
| 68. | **W Steve Yoon M.D.**<br>**4777 East State St..**<br>**Rockford IL  61108** | **Unsecured Claims** | **$    18.42** |

In re:    **Raymond K Buckley III**                                        Case No. _____
**Jennifer E Buckley**

**69 .**    **William B. Erickson, D.C.**              **Unsecured Claims**              **$    263.00**
**2606 Broadway**
**Rockford IL  61108**

In re:    **Raymond K Buckley III**
**Jennifer E Buckley**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Raymond K Buckley III**, and I, **Jennifer E Buckley**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **9 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature:    **/s/ Raymond K Buckley III**
              **Raymond K Buckley III**

Dated:    **11/13/2008**

Signature:    **/s/ Jennifer E Buckley**
              **Jennifer E Buckley**

Dated:    **11/13/2008**

**B6G (Official Form 6G) (12/07)**

In re:    **Raymond K Buckley III    Jennifer E Buckley**                          ,    Case No. _____
                                        **Debtors**                                                                   **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Raymond K Buckley III    Jennifer E Buckley** _____ .        Case No. _____
                                    Debtors                                                                          (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Raymond K Buckley III Jennifer E Buckley**          Case No. _____

Debtors                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Security** | **Unemployed** |
| Name of Employer | **Woodward** | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 2,912.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 2,912.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 497.00 | $ 0.00 |
| b. Insurance | $ | 82.00 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify)   **401K** | $ | 0.00 | $ 0.00 |
| **410K** | $ | 87.00 | $ 0.00 |
| **Cafe** | $ | 2.00 | $ 0.00 |
| **United Way** | $ | 4.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 672.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,240.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,240.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 2,240.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07) - Cont.**

In re  **Raymond K Buckley III Jennifer E Buckley**                    Case No. _____

_____ **Debtors**                                    **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re **Raymond K Buckley III Jennifer E Buckley**                    ,        Case No. _____
                                        **Debtors**                                        **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 650.00 |
| a. Are real estate taxes included? | Yes _____ | No ✓ | |
| b. Is property insurance included? | Yes _____ | No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 175.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 75.00 |
| d. Other **Cable & Internet** | | $ | 125.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 75.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 75.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 85.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other **Student loans** | | $ | 225.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,185.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,240.00 |
| b. Average monthly expenses from Line 18 above | $ | 2,185.00 |
| c. Monthly net income (a. minus b.) | $ | 55.00 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

### Northern District of Illinois

In re  **Raymond K Buckley III    Jennifer E Buckley**                      ,          Case No. _____

                                          Debtors

                                                                    Chapter    _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 2 | $      8.655.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 18 | | $     72.123.39 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $     2.240.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $     2.185.00 |
| TOTAL | | 30 | $      8,655.00 | $     72,123.39 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Raymond K Buckley III    Jennifer E Buckley**                                 Case No. _____
                                    Debtors                                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**32**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **11/13/2008**_____          Signature:  **/s/ Raymond K Buckley III**_____
                                                                   **Raymond K Buckley III**
                                                                              Debtor

Date:  **11/13/2008**_____          Signature:  **/s/ Jennifer E Buckley**_____
                                                                   **Jennifer E Buckley**
                                                                       (Joint Debtor, if any)

                                           [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:  **Raymond K Buckley III   Jennifer E Buckley**                    ,         Case No. _____

Debtors                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 27,400.00 | **Wages** | **2006** |
| 36,000.00 | **Wages** | **2007** |
| 33,000.00 | **Wages** | **2008** |

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Midland Funding v. Buckley III, Raymond K** | **Civil** | **Loudoun General District Court 18 East Market St. Leesburg VA  20176** | **Pending** |

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Laura L McGarragan** **1004 North Main St.** **Rockford IL  61103** | **8/18/08** | **1299.00** |

4

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None

☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.     List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None
☑

a.  *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
☑

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date  **11/13/2008**               Signature       **/s/ Raymond K Buckley III**
                                   of Debtor       **Raymond K Buckley III**

Date  **11/13/2008**               Signature       **/s/ Jennifer E Buckley**
                                   of Joint Debtor **Jennifer E Buckley**
                                   (if any)

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Laura L McGarragan | /s/ Laura L McGarragan        11/13/2008 |
| Printed Name of Attorney | Signature of Attorney                        Date |

Address:

**McGarragan Law Offices**
**1004 N. Main St.**
**Rockford, IL 61103**

**815 961-1111**

### Certificate of the Debtor

We, the debtors, affirm that we have received and read this notice.

| | |
|---|---|
| Raymond K Buckley III | X /s/ Raymond K Buckley III        11/13/2008 |
| | Raymond K Buckley III |
| Jennifer E Buckley | Signature of Debtor                        Date |
| Printed Name(s) of Debtor(s) | X /s/ Jennifer E Buckley        11/13/2008 |
| | Jennifer E Buckley |
| Case No. (if known) | Signature of Joint Debtor                        Date |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Raymond K Buckley III    Jennifer E Buckley** ,    Case No. _____

Debtors    Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 21,114.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 21,114.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,240.00 |
| Average Expenses (from Schedule J, Line 18) | $ 2,185.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,091.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $72,123.39 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $72,123.39 |

Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:   **Raymond K Buckley III    Jennifer E Buckley** _____

Case No. _____

Chapter   **7**   _____

Debtors

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **None** | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **None** | | |

/s/ Raymond K Buckley III    11/13/2008 _____

**Raymond K Buckley III**
Signature of Debtor             Date

/s/ Jennifer E Buckley    11/13/2008 _____

**Jennifer E Buckley**
Signature of Joint Debtor (if any)      Date

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:   **Raymond K Buckley III**          **Jennifer E Buckley**

Debtors

Case No. _____

Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,299.00 |
| Prior to the filing of this statement I have received | $ | 1,299.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Representing Debtor in Adversary**

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **11/13/2008**

**/s/ Laura L McGarragan**

**Laura L McGarragan, Bar No.  6199753**

**McGarragan Law Offices**
Attorney for Debtor(s)

ACS/ Nellie Mae
501 Bleeker St.
Utica NY  13501


Advance America
3244 Cleveland Ave.
Ft Meyers FL  33901


AFNI
PO Box 3427
Bloomington IL  61702


Allied Business Accounts
PO Box 1600
Clinton IA  52733


Allied Interstate
3000 Corporate Exchange Dr.  5th FL
Columbus OH  43231


Allied Interstate
PO Box 5023
New York NY  10163


Amcore Bank
PO Box 1537
Rockford IL  61110-0037


ARC
PO Box 212489
Augusta GA  30917-4747


Asset Care Inc.
PO Box 15379
Wilmington DE  19850

Associated Business Serv
1916 Raincloud Dr.
Rockford IL   61108


Associated Recovery Systems
PO Box 469046
Escondido CA   92046-9046


AT&T
PO Box 8100
Aurora IL   60507-8100


Audit Systems Inc.
3696 Ulmerton Rd.   Suite 200
Clearwater FL   33762


Bank of America
PO Box 84006
Columbus GA   31808


Berkeley Electric Cooperative
PO Box 530812
Atlanta GA   30353-0812


CAB Collection Agency
2230 Technical Pkwy.
North Charleston SC   29406


Carlson Orthopedic Clinic
1848 Daimler Road
Rockford IL   61112-1019


CB Accounts
1101 Main St.
Peoria IL   61606

Centegra Memorial Medical Center
PO Box 1990
Woodstock IL   60098-1990


Certegy
601 Riverside Ave.
Jacksonville FL   32204


Commonwealth Edison
Bill Payment Center
Chicago, IL   60688


Compucredit/Emerge/FNBO
PO Box 105374
Atlanta GA   30348


Credit Collection Service
PO Box 773
Needham MA 02494-0007


Credit Protection Association
13355 Noel Rd.
Dallas TX   75240


Crossings
PO Box 916536
Indianapolis IN   46291


Crusader Clinic
PO Box 5311
Rockford IL   61125-0311


Cybrcollect
PO Box 1145
La Crosse WI   54602-1145

Dell Financial Services
c/o Customer Service
PO Box 81577
Austin TX  78708-1577


Dennis A Brebner & Associates
860 Northpoint Blvd.
Waukegan IL  60085-8211


Direct Loan Service System
PO Box 5609
Greenville TX  75403-5609


Direct Loans
PO Box 7202
Utica NY  13504-7202


Direct Merchants Bank
PO Box 22128
Tulsa OK  74121-2128


Doctors Business Bureau
202 N Federal Highway
Lake Worth FL  33460-3438


Dominion Law Associates
PO Box 62719
Virginia Beach VA  23462


Dr. Robert J Powers
101 Harth Place
Summerville SC  29485


Encore Receivable Management Inc.
PO Box 3330
Olathe KS  66063-3330

Enhanced Recovery Corporation
8014 Bayberry Rd.
Jacksonville FL  32256


ER Solutions
PO Box 9004
Renton WA  98057


ER Solutions Inc.
PO Box 9004
Renton WA


FBCS
841 E Hunting Park Ave.
Philadelphia PA  19124-4824


Federal Collections Inc.
PO Box 7637
Rockford IL  61126-7637


First Revenue Assurance
PO Box 5818
Denver CO  80217


FMS
4915 South Union Ave.
Tulsa OK  74107


Franklin Collection Service
PO Box 3910
Tupelo MS  38803-3910


Fredericksburg CR Bureau
10506 Wakeman Dr.
Fredericksburg VA  22407

Fredrickson Counseling PC
5702 Elaine Dr.
Rockford IL   61108


Friel-Erickson Chiropractic Clinic
2606 Broadway  Suite 1A
Rockford IL   61108-5797


Glasser & Glasser, P.L.C.
Crown Center Suite 600
580 East Main St.
Norfolk VA   23510


GMAC
PO Box 2150
Greeley CO   80632


Hillcrest Animal Hospital
227 N Alpine Rd.
Rockford IL   61107


HSBC NV
PO Box 19360
Portland OR   97280


I C System Inc.
PO Box 64378
St. Paul MN   55164


In Style
PO Box 6352
Rockford IL


J Zecca, Esq./Dominium Law Associates
222 Central Park Ave.
Virginia Beach, VA   23462

Joyce Allen's Midtown Moto
200 Plaza Dr.
Lehigh Acres FL  33936-6081


Kevin M Kelly P.C.
10 E 22nd  St.  Suite 216
Lombard IL  60148


KP Counseling Inc.
461 N Mulford Rd.
Rockford IL  61107


Lake Henry Pathology Associates
520 E 22nd St.
Lombard IL  60148


Law Offices of Bennett & DeLoney
PO Box 190
Midvale UT  84047-0190


Law Offices of Mitchell N. Kay
PO Box 2374
Chicago IL  60690-2374


McHenry Radiologists Imaging Associates
PO Box 220
McHenry IL  60051-0220


MedClear
PO Box 41448
Philadelphia PA  19101


Merchants Credit Guide Co.
223 West Jackson Blvd.
Chicago IL  60606

Midland Credit Management
8875 Aero Dr.  STE 2
San Diego CA  92123


Midland Credit Management
8875 Aero Dr.
San Diego CA  92123


Midland Funding LLC
PO Box 939019
San Diego CA  92193-9019


Moraine ER Physicians
PO Box 8759
Philadelphia PA  19101-8759


MTL Media Inc.
415 Second St.
Indian Rocks Beach FL  33785


Mutual Management Services
PO Box 4777
Rockford IL  61110


NCO Fin/99
PO Box 41466
Philadelphia PA  19101


NCO Financial
PO Box 7216
Philadelphia PA  19101


NCO Financial Systems Inc.
507 Prudential Rd.
Horsham PA  19044

Northern Illinois Scanning

Omni Credit Services
333 Bishops Way  Suite 100
Brookfield WI  53005-6209

Omnium Worldwide Inc.
7171 Mercy Rd.
Omaha NE  68106

OSF Medical Group
PO Box 1806
Peoria IL  61656-1806

OSF St. Anthony Medical Center
5666 East State St.
Rockford IL  61108-2472

Paragon Way Inc.
2101 W Ben White Blvd.  #103
Austin TX  78704

Paragon Way Inc.
2101 West Ben White Blvd.  Suite 103
Austin TX  78704

Publishers Clearing House
720 Winners Circle
St. Cloud MN  56399

R&B Receivables Mgt.
860 S Northpoint Blvd.
Waukegan IL  60085

Radiology Consult of Rockford
PO Box 4542
Rockford IL  61110


Radiology Consults of Rockford
PO Box 4542
Rockford IL  61110


Regional Dental Centers
PO Box 51120
Summerville SC  29485-1120


Retrieval Masters Creditors Bureau
2269 S Saw Mill River Rd.  Bldg 3
Elmsford NY  10523


Rockford Cardiology Associates
PO Box 8410
Rockford IL  61126-8410


Rockford Eye & Laser
4777 East State St.
Rockford IL  61108


Rockford Eye and Laser Center
4777 East State St.
Rockford IL  61108


Rockford Mercantile Agency
2502 S Alpine Rd.
Rockford IL  61108


SRA Associates
Hi Nella NJ  08083

State Collection Service
2509 S Stoughton Rd.
Madison WI


Swedish American ER Physicaians
1401 East State St.
Rockford IL  61104


Swedish American Hospital
PO Box 4448
Rockford IL  61110-0948


Terry Hoss
PO Box 449
Cherry Valley IL  61016


Thomas E Jolas P.C.
PO Box 4000
Mason City IA  50401


Time Warner Cable
PO Box 2080
Summerville SC  29484-2080


T-Mobile
PO Box 742596
Cincinnati, OH  45274-2596


TNB Target
PO Box 673
Minneapolis MN  55440


Trojan Professional Services
PO Box 1270
Los Alamitos CA  90720-1270

United Financial Service
333 Washington Blvd.
PMB 153
Marina Del Rey CA  90292-5136


US Cellular
PO Box 0203
Palatine IL  60055-0203


US Dept of Education
501 Bleeker St.
Utica NY  13501


US Dept. of ED/FISL/CHI
PO Box 8422
Chicago IL  60605


W Steve Yoon M.D.
4777 East State St..
Rockford IL  61108


West Asset Management
2703 N Highway 75
Sherman TX  75092


William B. Erickson, D.C.
2606 Broadway
Rockford IL  61108


Worldwide Asset Purchasing
2 Ravine Dr.  #1750
Atlanta GA  30308

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re:                                           Bankruptcy Case Number: _____

**Raymond K Buckley III**
**Jennifer E Buckley**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____


The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Dated:  **11/13/2008** _____          **/s/ Raymond K Buckley III** _____
                                                 **Raymond K Buckley III**
                                                              Debtor


                                                 **/s/ Jennifer E Buckley** _____
                                                 **Jennifer E Buckley**
                                                              Joint Debtor